AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

## WARRANT FOR ARREST

DEC 0 5 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**UNITED STATES OF AMERICA**
v.
**Viet Quoc Nguyen**

**Case Number: 1:12-CR-363-TCB**
**UNDER SEAL**

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Viet Quoc Nguyen and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ■ Supervised Release Violation Petition

charging him with:

The defendant failed to refrain from use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

The defendant failed to refrain from all use of alcoholic beverages;

The defendant frequented a place where controlled substances were illegally sold, used, distributed, or administered;

The defendant associated with persons engaged in criminal activity and shall not associate with any person convicted of a felony, without permission of the probation officer.

Signature of Issuing Officer:

_____
Honorable Timothy C. Batten, Sr.
U. S. District Court Judge

11.20.12
_____
Date

Atlanta
_____
Location

Bail fixed at $_____ By _____
Name of Judicial Officer

| **RETURN** | | |
| --- | --- | --- |
| This warrant was received and executed with the arrest of the above-named defendant at *Atlanta* | | |
| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>11-26-12 | MARK Blackwood, DUSM | |