UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 04 2013

JAMES N. HATTEN, Clerk
By: Deputy Clerk

## Violation Report and Petition For Warrant for Offender Under Supervision

Name of Offender: **Viet Quoc Nguyen**    Docket No. 1:12-CR-00363-01-TCB
UNDER SEAL

Name of Judicial Officer: Honorable Timothy C. Batten, Sr.

Date of Original Sentence: May 26, 2009    Sentencing District: Western District of Michigan

**Original Offense:** Felon in Possession of a Firearm, 18 U.S.C. §922(g)(1)

**Original Sentence:** 46 months in custody, followed by three years supervised release. Special conditions included DNA collection, firearms restriction, drug testing, alcohol restriction, financial disclosure, shall not apply for or enter into any loan or other credit transaction without the approval of the probation officer, shall not possess or be the primary user of any cellular phone without prior permission from the probation officer, provide monthly copies of cellular telephone bills, reside in a residence approved in advance by the probation officer, shall have no contact with any known or suspected gang members, to include family members, without prior permission from the probation officer, and shall not wear/possess paraphernalia which is associated in anyway with gangs or gang members.

**12/13/2012:** Supervised Release revoked for 12 months and 1 day in custody, followed by 23 months and 29 days of supervised release. All original special conditions shall remain in effect with the added special condition of completion of an in-patient drug treatment program.

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 07/16/2013
(Post Revocation)

**Date Jurisdiction Transferred to the Northern District of Georgia:** 09/17/2012

**Assistant U.S. Attorney:** Mary Roemer    **Defense Attorney:** Richard Holcomb

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**The offender has violated the conditions of supervision as follows:**

**Violation of Standard Condition:** The defendant shall refrain from use of alcohol and shall not purchase,

possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On August 7, 2013, Nguyen failed to report for a random drug screen under the code a phone system.

On August 8, 2013, this officer contacted Nguyen by phone regarding his missed drug screen. He stated he had a fight with his girlfriend and had to go away for a few days. Nguyen initially refused to admit where he went for two days. He then reported to this officer he was with a friend and then stated he was alone in a hotel. When asked to provide a receipt from his hotel stay, he again changed his story back to staying with a friend. Nguyen was directed to report to the office the same day. He submitted a drug screen with a presumptive positive for marijuana and cocaine. Nguyen denied any drug use and the sample was forwarded to the lab for verification. On August 12, 2013, the lab confirmed a positive for cocaine and negative for marijuana.

On August 20, 2013, Nguyen failed to report for a random drug screen under the code a phone system.

On September 4, 2013, Nguyen reported to the office after leaving in-patient treatment and submitted to a drug screen which came back a presumptive positive for cocaine. He admitted using cocaine from September 2, 2013 through September 3, 2013, and signed an admission form stating the same. The sample was sent to the lab for confirmation and the results were confirmed positive on September 11, 2013.

**Violation of Standard Condition:** The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

On July 30, 2013, Nguyen was instructed to report on August 6, 2013, with proof he had begun the admission process with the Harbor Light through the Salvation Army. On August 6, 2013, Nguyen failed to report as directed.

**Violation of Special Condition:** The defendant shall refrain from all use of alcoholic beverages.

On September 4, 2013, after being confronted with his positive drug screen, Nguyen stated that he used cocaine because he had been drinking alcohol. Nguyen then signed an admission form stating he consumed alcohol from September 2, 2013 through September 3, 2013.

**Violation of Standard Condition:** The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

On September 4, 2013, after being confronted with his drug use, Nguyen stated he borrowed $100 from an individual at a party where he had been drinking and then traveled to the Motel 6 on Jimmy Carter Boulevard and purchased $100 worth of cocaine. Nguyen stated he had purchased cocaine at this location before.

**Violation of Special Condition:** The defendant shall participate in an in-patient drug treatment program selected by the probation officer. The defendant shall pay for this treatment to the extent he is able to do so, in the judgement of the probation officer.

On August 22, 2013, Nguyen began a 90-day in-treatment program with the Harbor Light Program

through the Salvation Army. After an argument with another individual in the treatment program over cleaning duties, he decided to leave treatment on August 31, 2013. During an office visit on September 4, 2013, Nguyen tested positive for cocaine and admitted drinking alcohol since he left treatment. He stated, "rehab is a waste of time" because he can make himself stop using if he can get a job and be happy. Nguyen was told to be back in an in-patient treatment facility by September 6, 2013. On September 6, 2013, Nguyen returned to the Harbor Light Program. On September 18, 2013, Nguyen again left the treatment facility and stated it was because he was having problems with his girlfriend. Nguyen stated he is "done" with drugs and that "he would do any condition we asked but that he just could not be in treatment."

## PREVIOUS VIOLATION(S) REPORTED TO THE COURT:

On August 22, 2012, a violation report was submitted for two positive drug screens and alcohol use. On September 12, 2012, the Court agreed with the recommendation to include the special condition directing Nguyen perform 20 hours of community service per week under the guidance and supervision of the U.S. Probation Officer until he secures verifiable employment. In addition, his drug and alcohol treatment was also increased to one group session a week and one individual session a week due to the repeated positive drug screens. Following the modification, jurisdiction was transferred to the Northern District of Georgia to address any additional violations.

On November 13, 2012, a violation report and petition for warrant was submitted to the Court based on four positive drug screens within 12 months and being unresponsive to drug treatment. Additional violations included associating with persons engaged in criminal activity, failing to refrain from alcohol use, and frequenting places where controlled substances are illegally sold, used, distributed, or administered. A warrant was issued on November 20, 2012. On December 13, 2012, Nguyen appeared before the Court and admitted to all the allegations in the petition. His supervised release was revoked for a period of twelve months and one day in custody, followed by 23 months and 29 days of supervised release. All original conditions previously ordered remained in effect with the added special condition that Nguyen participate in an in-patient drug treatment program.

### Treatment History:

Nguyen was enrolled in weekly substance abuse group counseling sessions with Atlanta Family Counseling Center on April 27, 2012. Following his first positive drug screen and admission of Cocaine use on July 18, 2012, his counseling sessions were increased on July 24, 2012 to include weekly individual substance abuse counseling and he was placed on the code-a-phone program for drug testing. According to his counselor, the offender was unresponsive to treatment and did not believe that his drug use was a problem because it does not interfere with his employment and responsibilities.

Nguyen was released from custody on July 16, 2013. On July 16, 2013, he was provided with a list of residential treatment facilities in the Atlanta metro area and was told to inform this officer of which program he would like to participate in. On July 22, 2013, Nguyen had not chosen a program to enter and became defensive about treatment and made the comment "the Judge can just send me back for six months and I can be done with all this." Nguyen was instructed to report to the probation office on July 30, 2013, with his decision. He reported that date and still had not contacted any programs regarding treatment. He asked if he could put off treatment until after August 16, 2013. He was told that was not an option and to report on August 6, 2013, with proof he had begun the admission process with the Harbor Light through the Salvation Army. On August 6, 2013, Nguyen failed to report as directed. This officer

attempted to locate him on August 8, 2013, and he called back that date stating he missed his appointment because he had a fight with his girlfriend and "had to get away for a few days." He was directed to report that day and submitted to a drug screen which was positive for cocaine. He again failed to begin the process of enrolling in treatment and was directed to have verification by August 12, 2013. He refused to admit any drug use and the lab confirmed the positive result on August 12, 2013. On August 15, 2013, Nguyen obtained all the documentation and preadmission testing required for the program. Based on the confirmed positive screen, he was instructed to report to treatment the next morning on August 16, 2013. He reported on August 22, 2013, to begin the 90-day, in-treatment program with the Harbor Light Program through the Salvation Army. After an argument with another individual in the treatment program over cleaning duties, he decided to leave treatment on August 31, 2013. During an office visit on September 4, 2013, Nguyen tested positive for cocaine and admitted drinking alcohol since he left treatment. He stated, "rehab is a waste of time" because he can make himself stop using if he can get a job and be happy. Nguyen was told to be back in an in-patient treatment facility by September 6, 2013. On September 6, 2013, Nguyen returned to the Harbor Light Program. On September 18, 2013, Nguyen again left the treatment facility and stated it was because he was having problems with his girlfriend. Nguyen stated he is "done" with drugs and that "he would do any condition we asked but that he just could not be in treatment."

**PETITIONING THE COURT TO:**

Issue a Warrant for Viet Nguyen and that he be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____  9/27/13
Katie C. Stotts             Date
U. S. Probation Officer

_____  9/27/2013
Paul T. O'Connor, Jr.       Date
Supervising U. S. Probation Officer

**THE COURT ORDERS:**

☑ The issuance of a Warrant.

☐ No Action

☐ Other

*[signature]*

Honorable Timothy C. Batten, Sr.
U. S. District Court Judge

10.3.13
Date

AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

## WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

Viet Quoc Nguyen

Case Number: 1:12-CR-00363-01-TCB

UNDER SEAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Viet Quoc Nguyen and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ■ Supervised Release Violation Petition

charging him with:

The defendant failed to refrain from use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

The defendant failed to refrain from all use of alcoholic beverages;

The defendant frequented a place where controlled substances were illegally sold, used, distributed, or administered;

The defendant failed to report as directed.

The defendant failed to participate in an in-patient drug treatment program.

Signature of Issuing Officer:

_[signature]_

Honorable Timothy C. Batten, Sr.
U. S. District Court Judge

Date: 10.3.13

Location: Atlanta

Bail fixed at $_____ By _____
Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | |

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |